NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ICON HEALTH & FITNESS, INC.,**
*Plaintiff-Appellant,*

v.

**OCTANE FITNESS, LLC,**
*Defendant-Cross Appellant.*

---

2011-1521, -1636

---

Appeals from the United States District Court for the District of Minnesota in case no. 09-CV-0319, Judge Ann D. Montgomery.

---

**ON MOTION**

---

**ORDER**

ICON Health & Fitness, Inc. moves without opposition for a 21-day extension of time, until April 2, 2012, to file its response and reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

<u>MAR 0 2 2012</u>
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  David R. Wright, Esq.
    Rudolph A. Telscher, Jr., Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

MAR 0 2 2012

**JAN HORBALY**
**CLERK**